# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DENNIS D. MODLOFF  
7334 WATERFORD DRIVE  
ROCKFORD, IL  61108  

SSN-xxx-xx-8326

Case Number: 07-70247

Case filed on: 2/6/2007  
Plan Confirmed on: 11/19/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,966.25         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,205.50 | 3,205.50 | 2,719.13 | 0.00 |
|  | Total Legal | 3,205.50 | 3,205.50 | 2,719.13 | 0.00 |
| 002 | CODILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 3,132.61 | 3,132.61 | 0.00 | 0.00 |
|  | Total Priority | 3,132.61 | 3,132.61 | 0.00 | 0.00 |
| 998 | DENNIS D. MODLOFF | 0.00 | 0.00 | 300.00 | 0.00 |
| 999 | DENNIS D. MODLOFF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 300.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 7,873.07 | 0.00 | 0.00 | 0.00 |
| 003 | AVELO MORTGAGE LL | 1,817.19 | 1,817.00 | 0.00 | 0.00 |
| 004 | SNAP ON CREDIT LLC | 3,490.52 | 3,490.52 | 945.80 | 202.08 |
| 005 | WINNEBAGO COUNTY CLERK | 4,651.00 | 4,651.00 | 938.71 | 418.59 |
| 008 | VILLAGE OF CHERRY VALLEY WATER DEPT | 347.34 | 347.00 | 76.57 | 0.00 |
|  | Total Secured | 18,179.12 | 10,305.52 | 1,961.08 | 620.67 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 481.32 | 481.32 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 948.91 | 948.91 | 0.00 | 0.00 |
| 008 | VILLAGE OF CHERRY VALLEY WATER DEPT | 0.00 | 0.34 | 0.00 | 0.00 |
| 009 | CITIFINANCIAL RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,761.76 | 1,761.76 | 0.00 | 0.00 |
| 014 | PETER C. MEYER, D.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION | 380.11 | 380.11 | 0.00 | 0.00 |
| 016 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | UNITED COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOCIATES | 2,981.42 | 2,981.42 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 586.17 | 586.17 | 0.00 | 0.00 |
|  | Total Unsecured | 7,139.69 | 7,140.03 | 0.00 | 0.00 |
|  | Grand Total: | 31,656.92 | 23,783.66 | 4,980.21 | 620.67 |

Total Paid Claimant:  $5,600.88  
Trustee Allowance:  $365.37  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan